# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| WILLIAM PERSICHETTI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 1:19-cv-02424-JPB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## T-MOBILE USA, INC.'S MOTION FOR LEAVE TO AMEND ITS MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1, Defendant T-Mobile USA. Inc. ("T-Mobile") hereby files this motion for leave to amend its Motion to Dismiss (Dkt. No. 7). Leave to amend is appropriate considering the Eleventh Circuit's recent decision in *Salcedo v. Hanna*, No. 17-14077, 2019 U.S. App. LEXIS 25967 (11th Cir. Aug. 28, 2019), which relates directly to Plaintiff's standing to assert the claims in this litigation and this Court's jurisdiction to hear those claims. *Salcedo* is new, binding authority that is directly on point, and did not exist at the time T-Mobile filed its Motion to Dismiss on July 22, 2019 (Dkt. No. 11) or its reply in support on August 19, 2019 (Dkt. No. 14).

Accordingly, it would be appropriate for the Court to permit T-Mobile to amend its Motion to Dismiss to address the threshold issue of standing.

Moreover, this Court has a duty to assess its own jurisdiction as early in the litigation as possible. *Univ. of S. Ala. v. Am. Tobacco Co.,* 168 F.3d 405, 410 (11th Cir. Feb. 22, 1999) ("[A] court should inquire into whether it has subject matter jurisdiction at the earliest possible stage in the proceedings."); *Martin v. Automobili Lamborghini Exclusive, Inc.*, 307 F.3d 1332, 1335 (11th Cir. Sep. 30, 2002) ("A district court possesses inherent authority to control its proceedings."); *see also Braden v. Wyeth*, No. 04-PT-0235-E, 2004 U.S. Dist. LEXIS 28734, at *58-59 (N.D. Ala. Apr. 5, 2004) ("Because this Court sits in the 11th Circuit, it is under a duty to examine its own jurisdiction prior to undertaking any formal action."). The Federal Rules of Civil Procedure are to "be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. Because *Salcedo v. Hanna*, No. 17-14077, 2019 U.S. App. LEXIS 25967 (11th Cir. Aug. 28, 2019) compels the dismissal of Plaintiff's claim, this Motion to Amend is, therefore, consistent with the interests of judicial economy and efficiency as it prevents further litigation of a case that lacks Article III standing. Accordingly, T-Mobile's Motion for Leave to Amend its Motion to Dismiss should be granted.

T-Mobile's Memorandum in Support of its Proposed Amended Motion to Dismiss is attached hereto as **Exhibit A**. It is substantially similar to T-Mobile's

original Memorandum in Support except for the addition of the standing argument and minor technical changes to accommodate the new argument.

For the reasons set forth herein, T-Mobile respectfully requests that the Court permit it to file its Amended Motion to Dismiss. A proposed order granting T-Mobile's Motion for Leave to Amend its Motion to Dismiss is attached hereto as **Exhibit B**.

DATED this 25th day of October, 2019.

                                      Respectfully submitted,

                                      /s/ *Derin B. Dickerson*
                                      Kristine McAlister Brown
                                      Georgia Bar No. 480189
                                      Derin B. Dickerson
                                      Georgia Bar No. 220620
                                      Alan F. Pryor
                                      Georgia Bar No. 101888

                                      ALSTON & BIRD LLP
                                      1201 West Peachtree Street
                                      Atlanta, Georgia 30309
                                      Telephone: (404) 881-7000
                                      kristy.brown@alston.com
                                      derin.dickerson@alston.com
                                      alan.pryor@alston.com

                                      *Counsel for T-Mobile USA, Inc.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing **T-MOBILE USA, INC.'S MOTION FOR LEAVE TO AMEND MOTION TO DISMISS** and accompanying exhibits complya with the font and point selections permitted by L.R. 5.1(C).  This document was prepared on a computer using the Times New Roman font (14 point).

/s/ *Derin Dickerson*
Derin B. Dickerson
Georgia Bar No. 220620

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing on October 25, 2019 by filing a copy using the CM/ECF System, which constitutes service on all counsel having appeared as record.

                                          /s/ *Derin Dickerson*
                                          Derin B. Dickerson
                                          Georgia Bar No. 220620